UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID POGGI, on his own behalf
and others similarly situated,

       Plaintiff,

v.                                         Case No.  8:17-cv-433-T-24 MAP
                                         **Lead Case**

HUMANA, INC,

       Defendant.
_____/

HARRY CRUZ, individually and
on behalf of all others similarly situated,

       Plaintiff,

v.                                         Case No.  8:17-cv-1234-T-24 JSS

HUMANA AT HOME 1, INC
and HUMANA, INC.,

       Defendants.
_____/

**ORDER**

       This cause comes before the Court on the parties' Joint Motion for Approval of Settlement.  (Doc. No. 69).  In this motion, the parties ask the Court to review their settlement of Plaintiff David Poggi's Fair Labor Standards Act ("FLSA") claim.  Having reviewed the settlement agreement and upon due consideration of the motion and the record in this case, the Court finds that the settlement agreement in this case is a fair and reasonable resolution of bona fide dispute over FLSA provisions.

       Plaintiff Poggi asks the Court to dismiss his FLSA claim with prejudice.  The Court will

grant this request. However, Poggi's case was consolidated with Plaintiff Harry Cruz's case, although Poggi failed to include Cruz as a named plaintiff in the second amended complaint filed in the lead case. (Doc. No. 48). Therefore, the Court will dismiss the lead case and reopen Cruz's consolidated case. The same scheduling order issued in the lead case will control Cruz's case.

Accordingly, it is ORDERED AND ADJUDGED that:

(1)   The parties' Joint Motion for Approval of Settlement (Doc. No. 69) is **GRANTED**.

(2)   The lead case is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to **CLOSE** this case.

(3)   The Poggi and Cruz cases will no longer be consolidated, and the Poggi case will no longer be the lead case containing future filings.

(4)   The Clerk is directed to return the Cruz case to active status.

**DONE AND ORDERED** at Tampa, Florida, this 13th day of December, 2017.

Susan C. Bucklew
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record